KLEINSCHMIDT, APPELLANT, *v.* McDERMOTT, RE-
SPONDENT.

[Argued October 11, 1892.   Decided December 3, 1892.]

APPEALS— *Sufficiency of pleadings.* —After verdict for defendant, matter of defense
    in an answer cannot be attacked for the first time on appeal for alleged insuffi-
    ciency, where such matter was neither demurred to or denied in the replication.
    (*Raymond* v. *Wimsette, ante,* p. 551, cited.)

*Appeal from Fifth Judicial District, Jefferson County.*

Action for wrongful taking of personal property. Judg-
ment was rendered for defendants below by GALBRAITH, J.
Affirmed.

*Cullen, Sanders & Shelton,* for Appellant.

*John H. Shober,* and *George F. Cowan,* for Respondent.

DE WITT, J.—This action is for the alleged wrongful tak-
ing of personal property.

The defendant alleges in his answer that he was sheriff of
Jefferson County. He then alleges: "That on or about the
said tenth day of October, 1885, at said county of Jefferson, this
defendant, acting in his official capacity aforesaid, and not other-
wise, under and by virtue of a certain writ of attachment, duly
issued out of the Probate Court of said Territory within and
for the county of Jefferson, and in an action in said court then
pending, entitled *William B. Morse* v. *Gus. A. Larson,* levied
upon and attached, as the property of the said Gus. A. Larson,
the defendant in said writ named, the goods and chattels in
said complaint described." This allegation appellant contends
is insufficient.

The verdict and judgment were for defendant. The appeal
is from the judgment, and, since the evidence and instructions
were stricken out of the record (*ante,* p. 309), the appeal stands
upon the judgment roll alone. No demurrer was made to the
answer. The replication does not deny the allegation of the
answer now attacked. That attack is now made in this court
for the first time. Appellant cannot now avail himself of this
nature of an alleged insufficiency of the answer, after refraining

from demurring thereto, and after filing replication not deny-
ing the said matter.    It was so held in *Raymond* v. *Wimsette,*
*ante,* p. 551, citing *Bohm* v. *Dunphy,* 1 Mont. 340.

The judgment is affirmed.

*Affirmed.*

BLAKE, C. J., and HARWOOD, J., concur.